[No. 15746-6-III.    Division Three.    February 26, 1998.]

THE STATE OF WASHINGTON, *Appellant*, v. KENNY G. WILLIAMS, *Respondent*.

Appeal from a judgment of the Superior Court for Adams County, No. 95-1-00044-4, Richard W. Miller, J., entered April 11, 1996. *Reversed* by unpublished opinion per Kato, J., concurred in by Kurtz, A.C.J., and Sweeney, J.

[No. 20650-1-II.    Division Two.    February 27, 1998.]

WAYNE T. LEEDOM, ET AL., *Appellants*, v. CHRIS E. NELSON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Lewis County, No. 94-2-00096-7, David R. Draper, J., entered March 29, 1996. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 20843-1-II.    Division Two.    February 27, 1998.]

PAULINE HERRIED, *Appellant*, v. PIERCE COUNTY PUBLIC TRANSPORTATION BENEFIT AUTHORITY CORPORATION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-2-01261-0, Waldo F. Stone, J., entered May 24, 1996. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Morgan, J. Now published at 90 Wn. App. 468.

[No. 20865-2-II.    Division Two.    February 27, 1998.]

THE STATE OF WASHINGTON, *Appellant*, v. LORENZ LEE SHAW, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-01500-0, Vicki L. Hogan, J., entered June 14, 1996. *Reversed* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Armstrong, JJ.